United States District Court
Southern District of Texas
**ENTERED**
May 13, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| *IN RE:* INTERCONTINENTAL TERMINALS COMPANY, LLC DEER PARK FIRE LITIGATION | § § § | LEAD CASE NO. 4:19-CV-01460 |

### ORDER DENYING KIRBY INLAND MARINE, LP'S MOTION FOR RECONSIDERATION

On this day came to be heard Kirby Inland Marine, LP's motion for reconsideration (Dkt. No. 274). Having considered the motion and any response, this Court is of the opinion that the motion should be DENIED.

It is so ORDERED.

SIGNED on this 13th day of May, 2020.

_____
Kenneth M. Hoyt
United States District Judge

1 / 1