IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| *IN RE:* INTERCONTINENTAL TERMINALS COMPANY LLC DEER PARK FIRE LITIGATION | § § § § § § § § § § § § § § § § § § § § § § § § § | Lead Case No. 4:19-cv-01460<br><br>Related Case Nos.<br><br>4:19-cv-01424; 4:19-cv-01428;<br>4:19-cv-01430; 4:19-cv-01431;<br>4:19-cv-01433; 4:19-cv-01434;<br>4:19-cv-01436; 4:19-cv-01440;<br>4:19-cv-01443; 4:19-cv-01444;<br>4:19-cv-01447; 4:19-cv-01450;<br>4:19-cv-01452; 4:19-cv-01453;<br>4:19-cv-01457; 4:19-cv-01459;<br>4:19-cv-01461; 4:19-cv-01708;<br>4:19-cv-01882; 4:19-cv-01886;<br>4:19-cv-01887; 4:19-cv-01890;<br>4:19-cv-02419; 4:19-cv-02425;<br>4:19-cv-02429; 4:19-cv-02674;<br>4:19-cv-02775; 4:19-cv-03457;<br>4:19-cv-03594; 4:19-cv-03609;<br>4:19-cv-04051; 4:19-cv-04051;<br>4:19-cv-05029; 4:20-cv-00019;<br>4:20-cv-00036; 4:20-cv-00212;<br>4:20-cv-00119; 4:20-cv-00216 |

**NOTICE OF SERVICE OF PLAINTIFFS' FACT SHEETS**

Notice is hereby given than Plaintiffs AVA HERNANDEZ and VICTOR HERNANDEZ (4:19-cv-02419), and RUTHIE BADERA (4:19-cv-02775), served the following on all counsel of record:

1.  PLAINTIFFS' Fact Sheets.

Date:  July 10, 2020

           Respectfully submitted,

           **TRACEY & FOX**

By:    /s/  Shawn P. Fox
       Sean Patrick Tracey
       State Bar No.  20176500
       stracey@traceylawfirm.com
       Shawn P. Fox
       State Bar No. 24040626
       sfox@traceylawfirm.com
       Lance Nolan Walters
       State Bar No. 24085639
       lwalters@traceylawfirm.com
       Scott G. Greenlee
       State Bar No. 24007270
       sgreenlee@traceylawfirm.com
       440 Louisiana, Suite 1901
       Houston, Texas   77002
       713-495-2333 Telephone
       713-495-2331 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing instrument has been served by electronic CM/ECF filing on this 10th day of July 2020 on all counsel of record.

       /s/ Shawn P. Fox
       Shawn P. Fox