United States District Court
Southern District of Texas
**ENTERED**
September 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *IN RE:* INTERCONTINENTAL TERMINALS COMPANY, LLC  DEER PARK FIRE LITIGATION | § § § LEAD CASE NO. 4:19-CV-01460 |

## ORDER

Before the Court is the Report and Recommendation of the Magistrate Judge that addresses certain plaintiffs' consolidated motion to amend their pleadings to add non-diverse defendant and, with those additions, remand the case to state court [DE 374]. Also, before the Court is the consolidated objections to the Magistrate Judge's Report and Recommendation [DE 385]. After a careful review of the documents presented, consideration of the collective plaintiff's pleadings and the Court's prior Order on a similar issue, which the Court withdrawn as improvidently entered, ADOPTS the Magistrate Judge's Report and Recommendation and DENIES the collective plaintiffs' motion to add non-diverse defendants and remand the case.

It is so Ordered.

SIGNED on this 3rd day of September, 2020.

_____
Kenneth M. Hoyt
United States District Judge