IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| *IN RE:* INTERCONTINTAL TERMINALS COMPANY LLC DEER PARK FIRE LITIGATION | § § § § § § § | Lead Case No.: 4:19-cv-01460  Motion Relates To Consolidated Cases: Case No.: 4:20-cv-01387 Case No.: 4:20-cv-01863 Case No.: 4:20-cv-01867 Case No.: 4:20-cv-01930 |

**NOTICE OF ERRATA TO OPA PLAINTIFFS' OPPOSITION TO DEFENDANT INTERCONTINENTAL TERMINALS COMPANY LLC'S MOTION FOR SUMMARY JUDGMENT REGARDING CLAIMS UNDER THE OIL POLLUTION ACT**

Plaintiffs Texas Aromatics LP ("Texas Aromatics") (Case No. 20-1387), Gunvor USA LLC ("Gunvor") (Case No. 20-1867), Rio Energy International Inc. ("Rio") (Case No. 20-1863), Castleton Commodities Merchant Trading L.P., and Castleton Commodities Merchant Asia Co. Ptd. Ltd. (together, "Castleton") (Case No. 20-1930) (collectively, "OPA Plaintiffs") file this notice of errata to their opposition (Dkt. 410) to Defendant Intercontinental Terminals Company LLC's ("ITC") motion for summary judgment (Dkt. 395) on claims brought under the Oil Pollution Act ("OPA").

Two tanks in the tank farm contained hazardous substances: xylene (tank 80-5) and toluene (tank 80-13). OPA Plaintiffs have corrected three sentences below to clarify that the xylene tank (80-5) is the only tank containing a hazardous substance that collapsed. The toluene tank (80-13) did not collapse. *See* Dkt. 410 (Opposition Brief) at pages 5-7 & footnotes 9-13.

| Location | Original Sentence | Corrected Sentence |
|---|---|---|
| Page 19-20, last sentence of page 19 continuing to first sentence of page 20 | In other words, OPA Plaintiffs can prove that the threatened or actual discharge of oil alone from the ITC facility would have caused the same HSC shutdown and the same damages, notwithstanding the collapse of the two tanks containing hazardous substances. | In other words, OPA Plaintiffs can prove that the threatened or actual discharge of oil alone from the ITC facility would have caused the same HSC shutdown and the same damages, notwithstanding the collapse of the xylene tank (80-5) containing a hazardous substance. |

| Page 20, first sentence of first full paragraph | While the OPA Plaintiffs believe that OPA applies to the entire mixture as a matter of law, they could alternatively prove in a jury trial that the shutdown of the HSC occurred based on the threatened or actual discharge of oil from the destroyed tanks containing petroleum products, and would have occurred even if the two tanks with hazardous substances remained intact. | While the OPA Plaintiffs believe that OPA applies to the entire mixture as a matter of law, they could alternatively prove in a jury trial that the shutdown of the HSC occurred based on the threatened or actual discharge of oil from the destroyed tanks containing petroleum products, and would have occurred even if the xylene tank (80-5) with a hazardous substance remained intact. |
|---|---|---|
| Page 20, footnote 24 | At the time the fire began, and before the destruction of the two tanks (80-5 and 80-13) containing hazardous substances, there was a substantial threat of discharge of millions of gallons of naphtha into the HSC. | At the time the fire began, and before the destruction of the xylene tank (80-5) containing a hazardous substance, there was a substantial threat of discharge of millions of gallons of naphtha into the HSC. |

2

DATED:  October 5, 2020

        Respectfully submitted,

        EVERSHEDS SUTHERLAND (US) LLP

By: _____
        Ian S. Shelton
        Fed. ID No. 3528486
        600 Congress Avenue, Suite 2000
        Austin, Texas 78701
        Telephone: (512) 721-2714
        Fax: (512) 721-2656
        ianshelton@eversheds-sutherland.com

        David A. Baay
        Fed. ID No. 598715
        Kimberly L. Daily
        Fed. ID No. 2866876
        1001 Fannin, Suite 3700
        Houston, Texas 77002
        Telephone: (713) 470-6100
        Fax: (713) 654-1301
        davidbaay@eversheds-sutherland.com
        kimdaily@eversheds-sutherland.com

## **CERTIFICATE OF SERVICE**

 I certify that I served the foregoing document on all parties via the CM/ECF system on October 5, 2020.


DATED: October 5, 2020         /s/ Ian Shelton
                    Ian S. Shelton