United States District Court
Southern District of Texas
**ENTERED**
October 15, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| *IN RE:* INTERCONTINENTAL TERMINALS COMPANY LLC DEER PARK FIRE LITIGATION | § § § § | Lead Case No. 4:19-cv-1460 |

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

Before the Court are the Report and Recommendation of the Magistrate Judge [Dkt. No. 391, the plaintiffs' Abel Arguelles and Total Petrochemicals & Refining USA, Inc., and Total Specialties USA, Inc. responses (Dkt. Nos. 399 and 400, respectively]. After a careful review of the objections and arguments presented, the Court determines that the objections should be overruled and the Report and Recommendation be ADOPTED.

It is so ORDERED.

SIGNED on this 9th day of October, 2020.

_____
Kenneth M. Hoyt
United States District Judge