United States District Court
Southern District of Texas
**ENTERED**
October 19, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| *IN RE:* INTERCONTINENTAL TERMINALS COMPANY LLC DEER PARK FIRE LITIGATION | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Lead Case No. 4:19-cv-01460<br><br>Related Case Nos.<br><br>4:19-cv-01424; 4:19-cv-01428;<br>4:19-cv-01430; 4:19-cv-01431;<br>4:19-cv-01433; 4:19-cv-01434;<br>4:19-cv-01436; 4:19-cv-01440;<br>4:19-cv-01443; 4:19-cv-01444;<br>4:19-cv-01447; 4:19-cv-01450;<br>4:19-cv-01452; 4:19-cv-01453;<br>4:19-cv-01457; 4:19-cv-01459;<br>4:19-cv-01461; 4:19-cv-01708;<br>4:19-cv-01882; 4:19-cv-01886;<br>4:19-cv-01887; 4:19-cv-01890;<br>4:19-cv-02419; 4:19-cv-02425;<br>4:19-cv-02429; 4:19-cv-02674;<br>4:19-cv-02775; 4:19-cv-03457;<br>4:19-cv-03594; 4:19-cv-03609;<br>4:19-cv-04051; 4:19-cv-05029;<br>4:20-cv-00019; 4:20-cv-00036;<br>4:20-cv-00119; 4:20-cv-00212;<br>4:20-cv-00216; 4:20-cv-00814;<br>4:20-cv-01019; 4:20-cv-01022;<br>4:20-cv-01306; 4:20-cv-01473;<br>4:20-cv-01714; 4:20-cv-01948;<br>4:20-cv-01951; 4:20-cv-01947;<br>4:20-cv-01942; 4:20-cv-01938;<br>4:20-cv-01891; 4:20-cv-01942;<br>4:20-cv-01889; 4:20-cv-01886;<br>4:20-cv-01387; 4:20-cv-01930;<br>4:20-cv-01867; 4:20-cv-01863<br><br>Judge Hoyt |

## ORDER GRANTING MOTION FOR EXTENSION OF MEDIATION DEADLINE

On this day came to be heard the Parties' Joint Motion for Extension of Mediation Deadline (DE 418) (the "Motion"). Having considered the Motion, the applicable law, the arguments of counsel, if any, and all other supporting and opposing papers, this Court is of the opinion that the motion should be GRANTED.

The deadline to conduct mediation set forth in the Court's Case Management and Scheduling Order Part II (DE 214) is hereby extended to July 23, 2021.

It is so ORDERED.

SIGNED on this ___ day of ___October 19, 2020___, 2020

*Dena Palermo*

Hon. Dena Hanovice Palermo
United States Magistrate Judge