United States District Court
Southern District of Texas
**ENTERED**
January 18, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| *IN RE*: INTERCONTINENTAL | § | |
| TERMINALS COMPANY, LLC | § | Lead Case No. 4:19-cv-1460 |
| DEER PARK FIRE LITIGATION | § | |
| | § | |

# **ORDER**

Plaintiffs in Case No. 4:19-cv-02425, *Shepard, et al v. ITC, et al.* and Case No. 4:19-cv-01424, *Armstrong, et al. v. ITC, et al.* and Defendant Intercontinental Terminals Company LLC's ("ITC") Agreed Motion for Leave to Amend Class Allegations and Establish Briefing Schedule for Dispositive Motion in Medical Monitoring Class Action, ECF No. 464, is **GRANTED**.

The Parties shall submit their filings according to the following schedule:

1. By January 27, 2021: *Armstrong* and *Shepard* plaintiffs file amended complaints removing all class allegations from those complaints, and counsel for Plaintiffs in the *Armstrong* and *Shepard* actions file a new class complaint on behalf of new named Plaintiffs;
2. By February 24, 2021: ITC files its Rule 12 motion;
3. By March 24, 2021: Plaintiffs file their response;
4. By April 7: ITC files its reply.

Signed on January 15, 2021, at Houston, Texas.

_____
**Dena Hanovice Palermo
United States Magistrate Judge**