United States District Court
Southern District of Texas
**ENTERED**
May 14, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *IN RE:* INTERCONTINENTAL TERMINALS COMPANY LLC DEER PARK FIRE LITIGATION, | § § § § § § § § § |
| | 4:19-CV-1460 |

### ORDER

A Status Conference shall take place before:

Judge Dena Hanovice Palermo
**Thursday, May 27, 2021, at 11:00 am**
By Video

Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client. Counsel are to consult among themselves well in advance and exchange relevant documents in the case.

The Court will consider any motions, narrow issues, inquire about expected motions, and schedule discovery.

A zoom link will be emailed to the parties.

Signed on May 14, 2021, at Houston, Texas.

Dena Hanovice Palermo
United States Magistrate Judge