UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *IN RE:* INTERCONTINENTAL TERMINALS COMPANY LLC DEER PARK FIRE LITIGATION | § § § § § § § § § § § § § § § § §   4:19-CV-1460 |

## ORDER

A Status Conference shall take place before:

Judge Dena Hanovice Palermo
**Tuesday, August 24, 2021 at 11:00 am**
By video

Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client. Counsel are to consult among themselves well in advance and exchange relevant documents in the case.

A zoom link will be provided to the parties by email.

Signed on May 27, 2021, at Houston, Texas.

_____
Dena Hanovice Palermo
United States Magistrate Judge