United States District Court
Southern District of Texas
**ENTERED**
August 23, 2021
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **In re INTERCONTINTENTAL TERMINALS COMPANY LLC, DEER PARK FIRE LITIGATION** § § § § § § § § | Consolidated No. 4:19-cv-1460<br><br>No. 4:19-cv-3457 |

# ORDER

Pending before the Court[1] is Plaintiff Brickey Juan Manuel's ("Plaintiff") motion in support of interim class counsel (ECF No. 847), motion for leave to file support of class certification (ECF No. 858), motion for leave to order withdrawn attorney David Emmett Chapin to send medical bills to Plaintiff (ECF No. 864), motion for leave in regards to a proposed settlement review order (ECF No. 897), and motion for extension of time to serve medical records and medical bills (ECF No. 898).[2]

The Case Management and Scheduling Order Part II and the Second Amended Order Regarding Leadership Structure govern the administration of this case. ECF Nos. 214, 472. The Order explicitly instructs that all communications with the Court be brought through Co-Lead Counsel. ECF No. 472 at 5. The Court has previously

---

[1] The district judge before whom this case is pending referred it for all pretrial purposes pursuant to 28 U.S.C. § 636. Order, ECF No. 112.

[2] Defendant Intercontinental Terminals Company LLC filed a response in opposition to Plaintiff's motion for leave to file proposed settlement (ECF No. 897) and motion for extension of time to serve medical records (ECF No. 898). ECF No. 921.

admonished Plaintiff to cease filing motions that do not comply with those orders. *See* ECF No. 841. Since all communications with the Court must be brought through Co-Lead Counsel, Plaintiff is once again instructed to leave the briefing at this time to the Co-Lead Counsel, who are identified in the attached Second Amended Order Regarding Leadership Structure. To the extent that Plaintiff has any motions he seeks to have filed, he must have Co-Lead Counsel agree to and file them.

Accordingly, it is ORDERED that Plaintiff's motions (ECF Nos. 847, 858, 864, 897, and 898) are STRICKEN.

SIGNED on August 23, 2021.

_Dena Palermo_
Dena Hanovice Palermo
United States Magistrate Judge