IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| *IN RE:* INTERCONTINENTAL TERMINALS COMPANY LLC DEER PARK FIRE LITIGATION | § § § | Lead Case No. 4:19-cv-01460 |

## JOINT STATUS REPORT

In advance of the January 14, 2022 status conference, Plaintiffs, Intercontinental Terminals Company LLC ("ITC"), NSK Corporation, and NSK Ltd. submit this Joint Status Report to (1) update the Court on recent developments and progress in these proceedings since the last status conference, and (2) identify issues to be addressed at the status conference and pending motions presently before the Court.

**A.      Plaintiff Fact Sheets.**

ITC, NSK Corporation, and NSK Ltd. (collectively, "Defendants") are nearing completion of their review of Plaintiff fact sheets, including numerous fact sheets and updated fact sheets received just before year end, for purposes of the dismissal submission due to the Court on January 21, 2022.  Defendants will provide their lists of Plaintiffs who have either not provided a fact sheet or failed to provide substantive information in their fact sheet to Co-Lead Counsel for Plaintiffs by the end of the day on January 14, 2022.

**B.      Written Discovery and Document Production.**

Defendants have continued making document productions.  ITC anticipates rolling productions to continue through January, and NSK Ltd. anticipates rolling productions to continue through February.  In addition, ITC served supplemental discovery on the class

representatives in the *Bryant* matter, with responses to that discovery received in early January. Defendants are in the process of reviewing those responses and anticipate scheduling class representative depositions in the first quarter of this year.

**C.     ITC Corporate Representative Deposition**

On December 14, 2021, Co-Lead Counsel for Plaintiffs issued a Rule 30(b)(6) deposition notice to ITC, requesting that ITC present a corporate representative on 15 different topics. Since then, Plaintiffs, through Co-Lead Counsel, and ITC, through the undersigned, have engaged in numerous meet and confer sessions regarding the topics and have reached agreement in principle on the scope of those topics. Depositions to cover the topics are set to begin on January 26.

**D.     Pending Motions.**

As of the date of this filing, the following motions remain pending:

1. **ITC Motion for Summary Judgment Regarding Claims under the Oil Pollution Act**
    Motion (Dkt. 395)
    Report and Recommendation (Dkt. 890); awaiting decision from district judge

2. **ITC Motion to Compel Arbitration, to Sever, and to Dismiss**
    Motion (Dkt. 589)
    Report and Recommendation (Dkt. 854); awaiting decision from district judge

3. **Petredec Opposed Motion for Leave to File Reply in Support of OPA Plaintiffs Objections to Report and Recommendation**
    Motion (Dkt. 943)
    ITC Response in Opposition to Motion (Dkt. 970)

4. **Vopak Unopposed Motion for Leave to File Amended Complaint**
    Motion (Dkt. 962)

Dated: January 14, 2022

OF COUNSEL:

Shawn P. Fox
Texas Bar No. 24040926
Scott C. Greenlee
Texas Bar No. 24007270
Lance Nolan Walters
Texas Bar No. 24085639
Federal I.D. No. 2006934
Tracey & Fox
440 Louisiana, Suite 1901
Houston, Texas 77002
Telephone: (713) 495-2333
Facsimile: (713) 495-2331
sfox@traceylawfirm.com
sgreenlee@traceylawfirm.com
lwalters@traceylawfirm.com

Russell S. Post
Texas Bar No. 00797258
Owen J. McGovern
Texas Bar No. 24092804
Beck Redden LLP
1221 McKinney St., Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile: (713) 952-3720
rpost@beckredden.com
omcgovern@beckredden.com

Respectfully submitted,

TRACEY & FOX LAW FIRM

By: */s/ Sean Patrick Tracey (by permission)*
  Sean Patrick Tracey
  Attorney-in-Charge
  Texas Bar No. 20176500
  440 Louisiana, Suite 1901
  Houston, Texas 77002
  Telephone: (713) 495-2333
  Facsimile: (713) 495-2331
  stracey@traceylawfirm.com

PLAINTIFFS' CO-LEAD COUNSEL

| | |
|---|---|
| Dated:  January 14, 2022 | Respectfully submitted, |
| | HODGES & FOTY, LLP |
| OF COUNSEL: | |
| | By: */s/ David W. Hodges (by permission)* |
| Don J. Foty | David W. Hodges |
| Texas Bar No. 24050022 | Attorney-in-Charge |
| Federal I.D. No. 711522 | Texas Bar No. 00796765 |
| Hodges & Foty, LLP | Federal I.D. No. 20460 |
| 4409 Montrose Blvd., Suite 200 | 4409 Montrose Blvd., Suite 200 |
| Houston, Texas 77006 | Houston, Texas 77006 |
| Telephone: (713) 523.0001 | Telephone: (713) 523.0001 |
| Facsimile: (713) 523-1116 | Facsimile: (713) 523-1116 |
| dfoty@hftrialfirm.com | dhodges@hftrialfirm.com |
| | PLAINTIFFS' CO-LEAD COUNSEL |

Dated: January 14, 2022                    Respectfully submitted,

                                                          ABRAHAM, WATKINS, NICHOLS,
                                                          AGOSTO, AZIZ & STOGNER

By: */s/ Benny Agosto, Jr. (by permission)*
    Benny Agosto, Jr.
    Texas Bar No. 00794981
    Federal I.D. No. 20821
    800 Commerce Street
    Houston, TX 77002
    Telephone: (713) 222-7211
    Facsimile: (713) 225-0827
    bagosto@awtxlaw.com

PLAINTIFFS' CO-LEAD COUNSEL

| | |
|---|---|
| Dated:  January 14, 2022 | Respectfully submitted, |
| | BRACEWELL LLP |
| OF COUNSEL: | |
| | By:*/s/ Phillip L. Sampson, Jr. (by permission)* |
| Christopher L. Dodson | Phillip L. Sampson, Jr. |
| Texas Bar No. 24050519 | Attorney-in-Charge |
| Federal I.D. No. 613937 | Texas Bar No. 00788344 |
| Carlton D. Wilde III | Federal I.D. No. 16837 |
| Texas Bar No. 24093364 | 711 Louisiana, Suite 2300 |
| Federal I.D. No. 2522942 | Houston, Texas 77002 |
| Bracewell LLP | Telephone:  (713) 223-2300 |
| 711 Louisiana, Suite 2300 | Facsimile: (800) 404-3970 |
| Houston, Texas 77002 | phillip.sampson@bracewell.com |
| Telephone:  (713) 223-2300 | |
| Facsimile: (800) 404-3970 | PLAINTIFFS' CO-LEAD COUNSEL |
| chris.dodson@bracewell.com | |
| cd.wilde@bracewell.com | |

Dated: January 14, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　UNDERWOOD LAW OFFICE, INC.

　　　　　　　　　　　　　　　　　　By: */s/ Mark F. Underwood (by permission)*
　　　　　　　　　　　　　　　　　　　　Mark F. Underwood
　　　　　　　　　　　　　　　　　　　　Attorney-in-Charge
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24059341
　　　　　　　　　　　　　　　　　　　　Federal I.D. No. 2601475
　　　　　　　　　　　　　　　　　　　　2530 West White Avenue, Suite 200
　　　　　　　　　　　　　　　　　　　　McKinney, Texas 75071
　　　　　　　　　　　　　　　　　　　　Telephone: (972) 535-6377
　　　　　　　　　　　　　　　　　　　　Facsimile: (972) 292-7828
　　　　　　　　　　　　　　　　　　　　munderwood@underwoodlawoffices.com

　　　　　　　　　　　　　　　　　　PLAINTIFFS' CO-LEAD COUNSEL

Dated: January 14, 2022

OF COUNSEL:
Aaron R. Crane
Texas Bar No. 24050459
HOGAN LOVELLS US LLP
609 Main Street, Suite 4200
Houston, Texas 77002
Telephone: (713) 632-1400
Facsimile: (713) 632-1401
aaron.crane@hoganlovells.com

Respectfully submitted,

HOGAN LOVELLS US LLP

By: */s/ Bruce D. Oakley (by permission)*
    Bruce D. Oakley
    Attorney-in-Charge
    Texas Bar No. 15156900
    609 Main Street, Suite 4200
    Houston, Texas 77002
    Telephone: (713) 632-1400
    Facsimile: (713) 632-1401
    bruce.oakley@hoganlovells.com

ATTORNEYS FOR DEFENDANTS NSK CORPORATION, NSK-AKS PRECISION BALL COMPANY, NSK PRECISION AMERICA, INC., AND NSK LTD.

Dated:  January 14, 2022

Respectfully submitted,

OF COUNSEL:

BAKER BOTTS L.L.P.

Michael S. Goldberg
Texas Bar No. 08075800
Federal I.D. No. 01279
Benjamin Gonsoulin
Texas Bar No. 24099682
Federal I.D. No. 2969896
Kelly Hanen
Texas Bar No. 24101862
Federal I.D. No. 3038458
Elizabeth Furlow
Texas Bar No. 24109899
Federal I.D. No. 3402815
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone:  (713) 229-1234
Facsimile:  (713) 229-1522
michael.goldberg@bakerbotts.com
ben.gonsoulin@bakerbotts.com
kelly.hanen@bakerbotts.com
elizabeth.furlow@bakerbotts.com

Ivan M. Rodriguez
Texas Bar No. 24058977
Federal I.D. No. 4566982
Marc G. Matthews
Texas Bar No. 24055921
Federal I.D. No. 705809
J. Alan Harrell
Texas Bar No. 24114609
PHELPS DUNBAR LLP
910 Louisiana St., Suite 4300
Houston, Texas  77002
Telephone: (713) 626-1386
Telecopier: (713) 626-1388
ivan.rodriguez@phelps.com
marc.matthews@phelps.com
alan.harrell@phelps.com

By: _____
     Russell C. Lewis
     Attorney-in-Charge
     Texas Bar No. 24036968
     Federal I.D. No. 569523
     One Shell Plaza
     910 Louisiana Street
     Houston, Texas 77002-4995
     Telephone:  (713) 229-1767
     Facsimile:  (713) 229-2867
     russell.lewis@bakerbotts.com

ATTORNEYS FOR DEFENDANT
INTERCONTINENTAL TERMINALS
COMPANY LLC

## CERTIFICATE OF SERVICE

I certify that on January 14, 2022, a copy of this document has been served on all counsel of record in the above-captioned cases by electronic mail.

                                                                Russell C. Lewis