United States District Court
Southern District of Texas
**ENTERED**
August 26, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *IN RE:* INTERCONTINENTAL TERMINALS COMPANY LLC DEER PARK FIRE LITIGATION | § § § § § CIVIL ACTION NO. 4:19-CV-01460 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter was referred to United States Magistrate Judge Dena Palermo to conduct all pretrial proceedings pursuant to 28 U.S.C. § 636. ECF No. 112. Pending before Judge Palermo was Plaintiff Vopak Terminal Deer Park Inc.'s ("Vopak") motion for leave to file an amended complaint and remand to state court. ECF No. 962. On October 15, 2021, Judge Palermo filed a Report and Recommendation ("R&R"), recommending that Plaintiff's motion be granted, and its case, No. 4:19-cv-1890, be remanded. ECF No. 990. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Plaintiff's for leave to file an amended complaint, ECF No. 962, is hereby GRANTED, and its case, No. 4:19-cv-1890, is REMANDED to state court.

SIGNED on August 24, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge

1 / 1