United States District Court
Southern District of Texas
**ENTERED**
April 26, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| *IN RE:* INTERCONTINENTAL TERMINALS COMPANY LLC DEER PARK FIRE LITIGATION | § § § § | Lead Case No. 4:19-cv-01460 |
| This Document Relates to All Personal Injury Actions As set forth in [Doc 527] Order Governing Adoption of Master Long Form and Master Short Form Complaint for Filed Cases: | § § § § § § | |
| Personal Injury Plaintiffs, | § § § | |
| v. | § § | |
| Intercontinental Terminals Company, LLC, NSK Ltd., NSK Corporation, NSK Precision America, Inc., NSK-AKS Precision Ball Company, Applied Industrial Technologies, Inc., | § § § § § § § | |

## ORDER ON VOLUNTARY DISMISSAL OF SENTRY SELECT INSURANCE COMPANY'S CLAIMS PURSUANT TO F.R.C.P.41(a)(1)(A)(i)

On this day came to be heard Intervenor Sentry Select Insurance Company ("Intervenor")'s Voluntary Dismissal of Sentry Select Insurance Company's Claims pursuant to F.R.C.P.41(a)(1)(A)(i). Intervenor announced to the Court that it no longer wishes to pursue its claim against Defendants, Intercontinental Terminals Company, LLC, NSK Ltd., NSK Corporation, NSK Precision America, Inc., NSK-AKS Precision Ball Company, Applied Industrial Technologies, Inc. (collectively, "Defendants").

It is, therefore, ORDERED that Intervenor's claims against Defendants are hereby dismissed without prejudice in their entirety in this lawsuit.

It is so ORDERED.

SIGNED on this 26th day of April, 2023.

Kenneth M. Hoyt
United States District Judge