UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: INTERCONTINENTAL TERMINALS COMPANY LLC DEER PARK FIRE LITIGATION | § § § § | Lead Case No. 4:19-cv-01460<br><br>Related Case No. 4:20-cv-00814 |

### AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Kirby Inland Marine, LP ("Kirby") and Defendant Intercontinental Terminals Company LLC ("ITC") respectfully move the Court to enter an Agreed Order of Dismissal that Kirby's claims against ITC be dismissed, with prejudice.

On February 6, 2020, Kirby filed its Original Petition in Harris County District Court. On March 6, 2020, ITC removed the case to the U.S. District Court for the Southern District of Texas. On April 7, 2020, this Court consolidated the case into Lead Case No. 4:19-cv-01460.

Kirby and ITC respectfully request that the Court dismiss, with prejudice, all of Kirby's claims asserted against ITC in the aforementioned petition because all matters in controversy between Kirby and ITC in this suit have been resolved, and there is no further need or occasion for the prosecution of Kirby's claims against ITC. Kirby and ITC further agree that taxable costs are to be borne by the party incurring same.

In accordance with the Court's Order Establishing Common Benefit Fund (the "Common Benefit Order") (DE 1117), Co-Lead Counsel for Plaintiffs have been consulted in connection with the resolution of this lawsuit, and all assessments owed, whether for Common Benefit Attorneys'

Fees, General Expenses, or Liability-Related Common Benefit Expenses, will be paid in accordance with the Common Benefit Order.

Dated: June 13, 2023

                Respectfully submitted,

                **SHIPLEY SNELL MONTGOMERY LLP**

BY:   *s/ George T. Shipley*
         George T. Shipley
         State Bar No. 18267100
         Federal ID No. 02118
         717 Texas Avenue, Suite 1800
         Houston, Texas 77002
         Telephone: (713) 652-5920
         Facsimile: (713) 652-3057
         Email: gshipley@shipleysnell.com

ATTORNEY-IN-CHARGE FOR PLAINTIFF
KIRBY INLAND MARINE, LP

Dated: June 13, 2023         Respectfully submitted,

        **PHELPS DUNBAR LLP**

BY:   *J. Alan Harrell*
         Ivan M. Rodriguez, Attorney-in-Charge
         Texas Bar No.: 24058977
         Federal I.D. No. 4566982
         Marc G. Matthews
         Texas Bar No. 24055921
         Federal I.D. No. 705809
         J. Alan Harrell
         Texas Bar No. 24114609
         Federal I.D. No. 3416065
         910 Louisiana Street; Suite 4300
         Houston, Texas 77002
         Telephone: 713 626 1386
         Facsimile: 713 626 1388
         Email: ivan.rodriguez@phelps.com
                  marc.matthews@phelps.com
                  alan.harrell@phelps.com

ATTORNEYS FOR INTERCONTINENTAL
TERMINALS COMPANY LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2023, a copy of the foregoing pleading was served upon all counsel of record by electronic transmission via the Court's CM/ECF system.

                               *s/ J. Alan Harrell*
                                J. Alan Harrell

PD.42265917.1