UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: INTERCONTINENTAL TERMINALS COMPANY LLC DEER PARK FIRE LITIGATION | § § § | Lead Case No.  4:19-cv-01460 Related Case No. 4:20-cv-00814 |

ORDER ON AGREED MOTION TO DISMISS WITH PREJUDICE

After considering the Agreed Motion to Dismiss with Prejudice (Dkt. No. _____), the Court GRANTS the motion and dismisses Plaintiff, Kirby Inland Marine, LP's claims against Defendant, Intercontinental Terminals Company, LLC, with prejudice, with all assessments owed, whether for Common Benefit Attorneys' Fees, General Expenses, or Liability-Related Common Benefit Expenses, to be paid in accordance with the Common Benefit Order.

It is so ORDERED.

SIGNED this _____ day of _____, 2023, at Houston, Texas.

_____
Dena Hanovice Palermo
United States Magistrate Judge

PD.42268428.1