UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *IN RE*: INTERCONTINENTAL TERMINALS COMPANY, LLC DEER PARK FIRE LITIGATION § § § § § | Lead Case No. 4:19-cv-1460 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

These consolidated cases were referred to United States Magistrate Judge Dena Palermo to conduct all pretrial proceedings pursuant to 28 U.S.C. § 636. ECF No. 112. Pending before Judge Palermo was the Motion to Vacate or Amend the Judgment of certain Plaintiffs whose claims were dismissed for failing to participate in discovery or provide complete discovery responses. ECF No. 1457. On March 6, 2024, Judge Palermo filed a Report and Recommendation ("R&R") recommending that the motion be denied. R&R, ECF No. 1583. The deadline for filing objections to the R&R has expired without any objections being filed.

Since there were no objections filed, the Court reviewed the R&R for clear error. The Court finds that Judge Palermo's R&R is well founded and that it should be adopted. Accordingly, it is **ORDERED** that:

1. The R&R is ADOPTED in its entirety as the holding of the Court.

2. Plaintiffs' Motion to Vacate or Amend the Judgment is **DENIED**.

**IT IS SO ORDERED.**

Signed on March 29, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge