United States District Court
Southern District of Texas
**ENTERED**
October 28, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| *IN RE*: INTERCONTINENTAL TERMINALS COMPANY, LLC DEER PARK FIRE LITIGATION | § § § § § | No. 4:19-cv-1460 |
| FIRST COAST LOGISTICS, *et al.*, *Plaintiffs*, v. INTERCONTINENTAL TERMINALS COMPANY, LLC *Defendant.* | § § § § § § § § § | No. 4:19-cv-1886 |
| MINTON, *et al.*, *Plaintiffs*, v. INTERCONTINENTAL TERMINALS COMPANY, LLC *et al. Defendants.* | § § § § § § § § § | No. 4:21-cv-143 |
| INTERCONTINENTAL TERMINALS COMPANY, LLC, *Plaintiff*, v. NSK, LTD., *et al.*, *Defendants.* | § § § § § § § § § | No. 4:21-cv-3120 |

## **ORDER**

Due to the upcoming settlement conference set in this matter, the Court hereby VACATES its status conference scheduled for Tuesday, October 29, 2024, at 9:30am. If necessary, the Court will reschedule this status conference by separate order. **IT IS SO ORDERED.**

_____
**Dena Hanovice Palermo
United States Magistrate Judge**