IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *IN RE:* INTERCONTINENTAL TERMINALS COMPNAY LLC DEER PARK FIRE LITIGATION § § § | Lead Case No. 4:19-CV-01460 |
| FIRST COAST LOGISTICS, INC., et al., § *Plaintiffs,* § § v. § INTERCONTINENTAL TERMINALS § COMPANY LLC, § *Defendant.* § § § § | Case No. 4:19-CV-01886 |

## ORDER

Pending before the Court is the parties' agreed motion to continue commercial bellwether trial date and extend certain deadlines. Considering the motion and the applicable law, the Court is of the opinion that the motion should be and hereby is GRANTED.

It is therefore ORDERED that the deadlines in the Court's Supplemental Discovery and Trial Setting Case Management Order – Commercial Bellwether Cases (DE 1614) in Lead Case No. 4:19-CV-01460 and Case No. 4:19-cv-01886, as amended by DE 46 in Case No. 4:19-cv-01186, are further amended as follows:

| Event/Deadline | Proposed Date |
|---|---|
| Deadline to file *Daubert* Motions and Motions for Summary Judgment | March 31, 2025 |
| Deadline to File Responses to *Daubert* Motions and Motions for Summary Judgment | April 28, 2025 |

| Deadline to File Replies in Support of *Daubert* Motions and Motions for Summary Judgment | May 12, 2025 |
| Deadline to Exchange Rule 26(a)(3) Pretrial Disclosures – Witness Lists, Pre-Marked and Numbered Exhibits, Deposition Designations, and Motions in Limine | June 9, 2025 |
| Deadline to Exchange Objections to Rule 26(a)(3) Disclosures, Objections to Motions in Limine, proposed voir dire questions, proposed jury instructions and jury questions, and proposed jury charge | June 16, 2025 |
| Plaintiffs to file Joint Pretrial Order | TBD |
| Pretrial Conference | TBD |
| Trial | TBD |

January 23, 2025
_____
Date

*Dena Palermo*
_____
Dena Hanovice Palermo
United States Magistrate Judge