United States District Court
Southern District of Texas
**ENTERED**
February 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: INTERCONTINENTAL | § | Lead Case No. 4:19-cv-01460 |
| TERMINALS COMPANY LLC DEER | § | |
| PARK FIRE LITIGATION | § | Relates to Case No. |
| | § | 4:21-cv-01174 (*Old Republic Ins.* |
| | § | *Co. as Subrogee of Irvin G. Davis*) |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the Agreed Motion to Dismiss filed by Plaintiff Old Republic Ins. Co. as Subrogee of Irvin G. Davis ("Old Republic") and Defendant Intercontinental Terminals Company LLC ("ITC"). ITC is the last remaining defendant in this case, with all other defendants having been previously dismissed.

The Court finds the motion to be meritorious and hereby GRANTS the motion.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that all claims asserted by Old Republic against ITC in this lawsuit are DISMISSED WITH PREJUDICE.

It is further ORDERED that each party shall bear its own costs and attorneys' fees.

SIGNED this 11th day of February, 2025.

Kenneth M. Hoyt
United States District Judge