United States District Court
Southern District of Texas
**ENTERED**
April 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: INTERCONTINENTAL TERMINALS COMPANY LLC DEER PARK FIRE LITIGATION | § § § § |  CIVIL ACTION NO. 4:19-CV-01460 |

### **ORDER**

Following severed Case No. 4:19-cv-03457 (the *"Manuel Matter"*), the ITC Consolidated Case is CLOSED.

It is so ORDERED.

SIGNED on March 31, 2025, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge